ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/13/2025 11:59 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00020-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/13/2025 11:59:27 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS

Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); SiteLink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP,

Appellants,

v.

SafeLease Insurance Services, LLC,

Appellee.

On Appeal from the Third Division of the Texas Business Court

Cause No. 25-BC03A-0001

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

GREENBERG TRAURIG, LLP

Dale Wainwright
State Bar No. 00000049
dale.wainwright@gtlaw.com
Justin Bernstein
State Bar No. 24105462
bernsteinju@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
T: (512) 320-7200
F: (512) 320-7210

COUNSEL FOR APPELLANTS

ACTIVE 711375881v1

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants file this unopposed motion requesting an extension of time to file Appellants' Reply Brief.

The current deadline for filing Appellants' Reply Brief is June 26, 2025. Appellants requests a thirty (30) day extension of time up to and including July 28, 2025, to file Appellants' Reply Brief. This is Appellants' first request for an extension of this deadline. Appellee is unopposed to this requested extension.

Appellants seek an extension not for the purpose of delay, but for adequate time to prepare a cogent brief that will assist the Court. In addition, the following court deadlines of Appellants' appellate counsel necessitate this additional time, including but not limited to the following:

- No. D-1-GN-25-000961; *Britteny Nova, et al v. Greystar Development, et al*; in the 98th Judicial District Court of Travis County, Texas—Depositions scheduled from June 12, 2025 to June 26, 2025.

- No. 25-BC03A-001; *Safelease Insurance Services, LLC v. Storable, Inc., et al*; in the Business Court of Texas, Third Division—Petition for Writ of Mandamus may be filed on June 23, 2025.

- No. 14-24-00395-CV; *Patriot Contracting, LLC, et al v. HERC Solutions USA, LLC, et al*; in the Fourteenth Court of Appeals, Houston, Texas—Reply Brief due on July 2, 2025.

- No. 00315; *Emily Glass v. B. Braun Medical, Inc., et al;* in the Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania—Status hearing on July 3, 2025.

- No. 23-0607; *Renaissance Medical Foundation v. Lugo*; in the Supreme Court of Texas—Motion for Partial Rehearing due on July 9, 2025.

- No. 24-0541; *Alberson Companies, Inc., et al. v. County of Dallas*; in the Supreme Court of Texas—Reply on the Merits due on July 11, 2025.

## PRAYER

Appellants pray that the Court grant this Motion and extend the time to file Appellants' Reply up to and including Monday, July 28, 2025.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: */s/Dale Wainwright*
    Dale Wainwright
    State Bar No. 00000049
    dale.wainwright@gtlaw.com
    Justin Bernstein
    State Bar No. 24105462
    justin.bernstein@gtlaw.com
    300 West 6th Street, Suite 2050
    Austin, Texas 78701
    T: (512) 320-7200
    F: (512) 320-7210

COUNSEL FOR APPELLANTS

**CERTIFICATE OF CONFERENCE**

I certify that I communicated about this Motion with counsel for Appellee, who advised that Appellee is unopposed to the requested extension of time.

/s/ Justin Bernstein
Justin Bernstein

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Motion was served on all counsel of record by using the Court's e-filing system on the 13th day of June, 2025.

/s/ Dale Wainwright
Dale Wainwright

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 101990837
Filing Code Description: Motion
Filing Description: 2025-06-13 COA MET Reply Brief
Status as of 6/13/2025 12:07 PM CST

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cathy Hodges | | catherine.hodges@aporter.com | 6/13/2025 11:59:27 AM | SENT |
| Dale Wainwright | | dale.wainwright@gtlaw.com | 6/13/2025 11:59:27 AM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 6/13/2025 11:59:27 AM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 6/13/2025 11:59:27 AM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 6/13/2025 11:59:27 AM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 6/13/2025 11:59:27 AM | SENT |
| Lakshmi Kumar | | lkumar@porterhedges.com | 6/13/2025 11:59:27 AM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 6/13/2025 11:59:27 AM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 6/13/2025 11:59:27 AM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 6/13/2025 11:59:27 AM | SENT |

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Yetter Coleman | | efile@yettercoleman.com | 6/13/2025 11:59:27 AM | SENT |
| Delonda Dean | | ddean@yettercoleman.com | 6/13/2025 11:59:27 AM | SENT |
| Cody Coll | | cody@stonehilton.com | 6/13/2025 11:59:27 AM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 6/13/2025 11:59:27 AM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 6/13/2025 11:59:27 AM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 6/13/2025 11:59:27 AM | SENT |
| Judd Stone | | Judd@stonehilton.com | 6/13/2025 11:59:27 AM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 6/13/2025 11:59:27 AM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 6/13/2025 11:59:27 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 101990837
Filing Code Description: Motion
Filing Description: 2025-06-13 COA MET Reply Brief
Status as of 6/13/2025 12:07 PM CST

Associated Case Party: SafeLease Insurance Services, LLC

| Bonnie Chester | | bonnie@stonehilton.com | 6/13/2025 11:59:27 AM | SENT |
|---|---|---|---|---|
| Alexander Dvorscak | | alex@stonehilton.com | 6/13/2025 11:59:27 AM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 6/13/2025 11:59:27 AM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 6/13/2025 11:59:27 AM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 6/13/2025 11:59:27 AM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 6/13/2025 11:59:27 AM | SENT |